**Opinion issued September 13, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-12-00762-CV

———————————

## IN RE ESTEBAN BLANCO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

In this original proceeding, relator Esteban Blanco seeks mandamus review of the trial court's temporary order requiring him to pay child support, medical support, temporary spousal maintenance, and interim attorney's fees for his wife in

the underlying divorce proceeding.[1]  Blanco also requested temporary relief from the temporary order.  We deny the petition for writ of mandamus and the requested temporary relief.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[1]  The underlying proceeding is *In the matter of the marriage of Esmeralda Torres and Esteban Blanco*, No. 2012-04524, in the 274th District Court, Galveston County, Texas, the Honorable Bonnie Crane Hellums, presiding.